Before the Second Division, October 4, 1966

**No. P66/237.**—Robert Bosch Corp. et al. *v.* United States, protests 58/18313, etc. (San Francisco).
**No. P66/238.**—Robert Bosch Corporation and P. W. Bellingall *v.* United States, protests 60/4696, etc. (San Francisco).

**No. P66/239.**—Robert Bosch Corp. and P. W. Bellingall, Inc., et al. *v.* United States, protests 60/19547, etc. (San Francisco).

Rao, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs not dedicated to use in automobiles similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.